# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>SIMEON DE LOS SANTOS<br>　AVENDANO (1),<br>JOSE RAMIREZ (3),<br>　　　　　　　　　Defendants. | Case No. 19cr2440-WQH<br><br>Hon. William Q. Hayes<br><br>ORDER CONTINUING MOTION HEARING/TRIAL SETTING |

Pursuant to joint motion and good cause, IT IS HEREBY ORDERED that the Motion Hearing/Trial Setting currently set for April 14, 2022 be continued to June 2, 2022, at 9:00 a.m. It is further ordered that time should be excluded in the interests of justice. *See* 18 U.S.C. § 3161(h)(7)(A).

SO ORDERED.

Dated: April 13, 2022

_____
Hon. William Q. Hayes
United States District Court

19cr2440-WQH